

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 00-366** |
| **JOHN RANDOLPH GANT** | **SECTION "B" (4)** |

**WEDNESDAY, NOVEMBER 10, 2004 AT 1:30 P.M.**
**JUDGE IVAN L.R. LEMELLE PRESIDING**

Courtroom Deputy:  Audry E. Steward
Court Recorder:  Cynthia Crawford

### REVOCATION HEARING

Pursuant to the Rule to Revoke Supervised Release, filed on October 26, 2004 (Rec. Doc. #27), defendant, John Randolph Gant, was ordered to show cause why his supervised release should not be revoked.

APPEARANCES:    Matthew M. Coman, Asst. U.S. Attorney
Gary V. Schwabe, Jr., Advisory Counsel for Defendant
Jeffrey D. Hurm, U.S. Probation Officer
John Randolph Gant, Defendant

Case called; all present and ready.  Counsel appear for the record.
Defendant, having previously waived assistance of counsel (Rec. Doc. #26), requested that Federal Public Defender Gary V. Schwabe, Jr. assist him in an advisory capacity - SO ORDERED by the Court.
Government witness:  U.S. Probation Officer Jeffrey D. Hurm, sworn and testified.
Government rests.
Defendant addresses the Court on his own behalf.  Defendant rests.
Oral argument by the parties.
See Order Revoking Supervised Release.
Defendant is remanded to the custody of the U.S. Marshal.
Court adjourned at 2:00 p.m.



DATE OF ENTRY
NOV 1 2 2004

\_\_ Fee\_\_\_\_
\_\_ Process\_\_\_\_
X Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_ Doc. No.\_\_\_\_