IN THE UNITED STATES DISTRICT [COURT]
FOR THE EASTERN DISTICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JOHN GANT by John Gant, Auth. Rep.<br><br>Accused, | 366 B(4)<br><br>NO. CR 00-366 B<br><br>By Limited Special Appearance<br>In propria persona |

## MOTION TO DISMISS FOR LACK OF JURISDICTION

Accused respectfully requests the court to dismiss the charge(s) brought by the Plaintiff in this case because Louisiana is not a State as defined in the term United States in title 18 Crimes and Criminal Procedure.

Subscribed, sworn and sealed on this 26 day of October, 2004

*John Gant*

JOHN GANT, Accused, Citizen/sovereign, by Special limited appearance, in Propria Persona, proceeding Juris et de jure, with "without prejudice" to any of my God-given secured rights.

DATE OF ENTRY
NOV 15 2004

I certify under penalties of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 10-26-04.

JOHN GANT by John Gant Authorized Representitive
JOHN GANT