USM

RECEIVED
UNITED STATES MARSHAL
2005 FEB 22 PM 2: 34
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR -2 AM 11: 34
LORETTA G. WHYTE
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 15 2004
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-366 |
| JOHN RANDOLPH GANT | SECTION "B" (4) |

### ORDER REVOKING SUPERVISED RELEASE

On this 10th day of November, 2004, defendant John Randolph Gant appeared in court after having waived assistance of counsel (Rec. Doc. #26), but with the assistance of Federal Public Defender Gary V. Schwabe, Jr. in an advisory capacity, and in the presence of Asst. U.S. Attorney Matthew M. Coman and U.S. Probation Officer Jeffrey D. Hurm, to show cause why defendant's supervised release should not be revoked. Accordingly,

Pursuant to the Sentencing Reform Act of 1984, IT IS THE JUDGMENT of this Court that the defendant's term of supervised release, imposed on April 25, 2001, is hereby REVOKED and the defendant is hereby COMMITTED to the custody of the Bureau of Prisons for a period of eleven months.

The Court makes the following recommendations to the Bureau of Prisons: That the defendant be placed in a facility where he can receive treatment and counseling for



mental health, substance abuse and vocational rehabilitation training.

**IT IS FURTHER ORDERED** that defendant, John Randolph Gant, be remanded to the custody of the United States Marshal.

New Orleans, Louisiana, this the ___10th___ day of ___November___, 2004.

_____
**IVAN L.R. LEMELLE**
**UNITED STATES DISTRICT JUDGE**

CLERK'S OFFICE
A TRUE COPY

NOV 15 2004

*Audry E. Steward*
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

Defendant delivered on 2-14-05 to BMM @ Beaumont, TX with certified copy of order.
            Steve Morris, Warden
            Kem Stepkins MC

-2-